# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAACHA LEBLANC,<br><br>                              Plaintiffs,<br><br>vs.<br><br>OMNI HOTELS MANAGEMENT CORPORATION dba OMNI LOS ANGELES HOTEL, a Delaware Corporation; OMNI HOTELS CORPORATION, a Delaware Corporation; the CITY OF LOS ANGELES, a government entity; and DOES 1 through 100, inclusive,<br><br>                              Defendants. | CASE NO. CV12-5618 MMM (FMOx)<br><br>[~~PROPOSED~~] ORDER |

Plaintiff MAACHA LEBLANC has filed a motion for remand pursuant to 28 U.S.C. 1441(b)(2).  The Court has reviewed Plaintiff's motion as well as a stipulation of non-opposition to remand signed by OMNI HOTELS MANAGEMENT CORPORATION (erroneously sued as OMNI HOTELS MANAGEMENT CORPORATION dba OMNI LOS ANGELES HOTEL) and OMNI HOTELS CORPORATION.  (Hereinafter the Omni Defendants).  After the considering the papers and the stipulation the Court rules as follows:

1. Plaintiff originally filed her action in Los Angeles County Superior Court, Central District on June 26, 2012.  The City of Los Angeles was named and served as a Defendant in the matter.  The Omni Defendants removed the case to Federal Court on June 28, 2012.

2. Defendant City of Los Angeles is a local Defendant pursuant to 28 U.S.C. 1441(b)(2).

3. The Omni Defendants have stipulated and agreed not to oppose Plaintiff's motion for remand.

1    4.   Good cause having been shown, the Court grants Plaintiff's Motion for Remand and
2  hereby remands the instant action back to Los Angeles County Superior Court, Central District
3  located in the State of California pursuant to 28 U.S.C. 1441(b)(2).
4    IT IS SO ORDERED.

5
6  DATED: July 17, 2012    _____
                           Hon. Margaret M. Morrow
7                          Judge of the United States District Court
                           Central District of California